**IN THE UNITED STATES BANKRUPTCY COURT**
Middle District of Alabama

| | |
|---|---|
| In the Matter of: } | |
| } | Case No. 05-30101 |
| SHARON NEELY } | |
| } | Chapter 13 |
| } | |
| **Debtor(s)** } | |

## Motion to Reconsider Dismissal of Case

Comes now the undersigned attorney of record and hereby moves this Honorable Court for leave to file a Motion to Reconsider out of time as grounds for such state as follows:

1. The debtor filed Chapter 13 on January 13, 2005.

2. The debtor's case was dismissed on October 30th, 2009 as a result of a Trustee's Motion to Dismiss which was filed on October 6th, 2009 and to which the debtor failed to respond.

3. The debtor was unable to respond by the deadline because she was undergoing open heart surgery in Chicago, IL and subsequently was hospitalized for approximately a month following the surgery. The debtor left on October 13th and did not received the Trustee's Motion to Dismiss nor did she receive correspondence or phone calls from counsel. The debtor sent a payment of $368 to the Trustee before she left on October 9th, however that cashiers check was sent to the wrong address and returned. (See attached.)

4. The debtor returned home on November 12th and at that time received the Order of Dismissal as well as the returned check.

5. The reason the debtor got behind originally was because she could only work part-time due to her health.

6. Debtor has now been approved for Social Security Disability benefits which will she will start receiving in the next 30 days. The Debtor understands this motion is filed out of time, however because of the surgery she was unable to respond in time.

Wherefore, premises considered, the debtor requests

Respectfully submitted,

/s/ Richard D. Shinbaum
*Attorney for Debtor*:
Richard D. Shinbaum
Shinbaum, McLeod & Campbell, P.C.
566 South Perry Street

Post Office Box 201
Montgomery, AL 36101-0201
334-269-4440

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above foregoing motion on all parties listed below by CM/ECF on this day November 17, 2009.

Chapter 13 Trustee
Bankruptcy Administrator, Teresa Jacobs
UPON ALL CREDITORS

**Your Community CREDIT UNION**
myMAX.com
P.O. Box 244040
Montgomery, Alabama 36124-4040

MONTGOMERY, ALABAMA 2622   0000762387
00 0000762387
10/09/09
$368.00

** THREE HUNDRED SIXTY EIGHT DOLLARS AND 00 CENTS **

EXACTLY 368 dols 00 cts

OUNT:
TO THE
DER OF:

CURTIS C. REDING
RE: SHARON NEELY

NEELY
05-30101

VOID IF NOT CASHED IN 90 DAYS

*H. Greg McClellan*

⑊0000762387⑊ ⑉262275958⑉0000000735600 9⑊

on Neely
[illegible address]
emp-ka AL 36093

MONTGOMERY AL 361
09 OCT 2009 PM 11

RETURN TO SENDER
LOCK BOX ACCOUNT CLOSED

PL[illegible]
Birmingham AL 35283

NIXIE       352   4C 1         BE 10/15/
RETURN TO SENDER
NO SUCH STREET
BC: 35093375909    UNABLE TO FORWARD
                                        *1739-05030-09-